## Straub Brewing Co. *v.* Ernest Bisi, Appellant.

Argued May 7, 1897. Appeal, No. 9, April Term, 1897, by defendant, from judgment of C. P. No. 1, Allegheny County, December T., 1894, No. 508, on verdict for plaintiff. Before RICE, P. J., WILLARD, WICKHAM, BEAVER, REEDER, ORLADY and SMITH, JJ. Affirmed.

Verdict and judgment for plaintiff for $828.50. Defendant appealed.

OPINION BY SMITH, J., July 23, 1897:

This case arose out of the same facts, substantially, as those in the appeal of Bonistalli and Bisi, just decided, and was tried in the court below and argued here with that case. For the reasons given in the opinion there filed. the judgment in this case is affirmed.